

```
                                                        FILED
                                                   IN CLERK'S OFFICE
                                              U.S. DISTRICT COURT E.D.N.Y.

                                               ★   JAN 15 2020   ★
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   BROOKLYN OFFICE
                                                    ECF CASE
JONATHAN R. GILBERT,
                                                    Case No. 2:19-cv-05786-KAM-RLM
                    Plaintiff,

          - against -                               STIPULATION OF
                                                    DISCONTINUANCE WITH
EXACTUS, INC., JOHN DOES 1-10                       **PREJUDICE**
Unknown Defendants,

                    Defendants.
-----------------------------------------------------------X
```

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for all parties in this action, that the above action is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure ("FRCP"), including under FRCP 41 (a)(1)(A)(ii), and

**IT IS FURTHER STIPULATED AND AGREED**, and as Ordered below, that the Court shall **reserve jurisdiction** to enforce the **settlement** between the parties.

Dated: New York, New York
       January 10, 2020

PAYKIN KRIEG & ADAMS, LLP                    GREENBERG TRAURIG, LLP

By: _____                  By: _____
    David A. Schrader, Esq.                      Sylvia E. Simson, Esq.
    10 Grand Central                             200 Park Avenue
    155 East 44th Street, 6th Floor              New York, New York 10166
    New York, New York 10017                     Tel.: (212) 801-9200
    Tel.: (347) 879-2345                         SimsonS@gtlaw.com
    DSchrader@pka-law.com

So Ordered: _____          /s/ USDJ KIYO A. MATSUMOTO
                                             So Ordered: _____
                                             Kiyo A. Matsumoto
                                             U.S. District Judge

1/13/2020